IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00079-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OCTAVIO SALAZAR-ESPINOZA,

    Defendant.

_____

**ORDER**
_____

    The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. All hearings are vacated. A change of plea hearing will be held **June 8, 2007, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    DATED at Denver, Colorado, on March 28, 2007.

                                                     BY THE COURT:

                                                   s/ Walker D. Miller
                                                   United States District Judge

PDF FINAL