UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe | K. Weckwerth |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 07-cr-00079-WDM | FTR MJW PM |

Date: September 6, 2007

| | |
|---|---|
| UNITED STATES OF AMERICA | Habib Nasrullah |
| v. | |
| OCTAVIO SALAZAR-ESPINOZA | Without Counsel |

### HEARING TO APPOINT COUNSEL

Court in Session: 1:35 pm

Court calls case and appearance of counsel.

Judge Miller has GRANTED motion for withdrawal of counsel and has ordered new counsel be appointed for the defendant. A financial affidavit is tendered to the court.

The court finds that the defendant is eligible for court appointed counsel and will appoint an attorney from the CJA panel.

**ORDERED:** Defendant remanded to the United States Marshal.

Hearing concluded.

Court in recess: 1:38 pm

time in court: 3 minutes