**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: September 6, 2007
Court Reporter: Janet Coppock                Time: 5 minutes
Probation Officer: Tom Destito               Interpreter: Ruth Warner

**CASE NO. 07-CR-00079-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Joseph Mackey |
| Plaintiff, | |
| vs. | |
| **OCTAVIO SALAZAR-ESPINOZA,** | Susan Fisch |
| Defendant. | |

**CHANGE OF PLEA/MOTION TO WITHDRAW**

**11:02 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn.

**Motion to Withdraw as Attorney (Doc #21), filed 8/2/07.**

Page Two
07-CR-00079-WDM
September 6, 2007

Comments by Ms. Fisch in support of her motion to withdraw.

**ORDERED:** Motion to Withdraw as Attorney (Doc #21), filed 8/2/07 is **GRANTED** on the condition that counsel from the Criminal Justice Act be appointed.

**ORDERED:** Defendant's Motion and Affidavit Requesting Leave to Proceed (Doc #23), filed 8/13/07 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Combined Motion Requesting Withdrawal of Counsel (Doc #24), fled 8/13/07 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Defendant is directed to Magistrate Judge Watanabe for appointment of counsel.

Discussion regarding speedy trial deadlines.

**ORDERED:** Mr. Mackey is directed to chambers to schedule trial, consistent with speedy trial.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:07 a.m.    COURT IN RECESS**

**Total in court time:        5**

 **minutes**

**Hearing concluded**